THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BRUCE SMITH,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNIVERSITY OF TEXAS AT SAN ANTONIO, THE UNIVERSITY OF TEXAS SYSTEM, JOANN BROWNING, THOMAS TAYLOR EIGHMY, THE UNIVERSITY OF TEXAS SYSTEM BOARD OF REGENTS, CHRISTINA MELTON CRAIN, KEVIN P. ELTIFE, ROBERT P. GAUNTT, JODIE LEE JILES, JANIECE LONGORIA, NOLAN PEREZ, STUART W. STEDMAN, KELCY L. WARREN, JAMES C. WEAVER, ANTHONY JOHN DRAGUN<br><br>*Defendants.* | NO. 5:23-cv-538-OLG-ESC |

## **RULE 41 JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Bruce Smith and Defendants Christina M. Crain, Kevin P. Eltife, Robert P. Gauntt, Jodie Lee Jiles, Janiece Longoria, Nolan Perez, Stuart W. Stedman, Kelcy L. Warren, and James C. Weaver[1] file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties agree this action in its entirety, and all of Plaintiff's remaining claims against all remaining defendants, shall be, and is, **dismissed with prejudice**. Each party shall bear its own costs.

---

[1] All other defendants have already been dismissed by the Court. *See* Dkt. 43 (Sept. 18, 2024 Order).

Respectfully and jointly submitted on April 22, 2025 by:

| | |
|---|---|
| */s/ Jeremy Gilbreath* <br> Jeremy Gilbreath <br> Texas Bar No. 24069783 <br> E-mail: jeremy@gilbreathfirm.com <br> 13300 Blanco Rd., Suite 304 <br> San Antonio, Texas 78216 <br> Tel. (210) 479-3195 <br> Fax. (210) 479-8452 <br><br> **ATTORNEY FOR PLAINTIFF** | */s/ Dylan A. Farmer* <br> Shannon B. Schmoyer <br> Texas Bar No. 17780250 <br> sschmoyer@sr-llp.com <br> Dylan A. Farmer <br> Texas Bar No. 24073419 <br> dfarmer@sr-llp.com <br> Michael J. Ritter <br> Texas State Bar No. 24074960 <br> mritter@sr-llp.com <br> SCHMOYER REINHARD LLP <br> 8000 IH 10 West, Suite 400 <br> San Antonio, TX 78230 <br> PH: (210) 447-8033 <br> FX: (210) 447-8036 <br><br> **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

On April 22, 2025, a true and correct copy of this document was filed electronically, with notice of the filing served on all counsel of record and parties registered with the Court's electronic filing system. All parties may access this filing through the Court's electronic filing system.

*/s/ Dylan A. Farmer*
Dylan A. Farmer.